**Order entered December 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00878-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant/Cross-Appellee**

**V.**

**SWIG PARTNERS GP, LLC, SWIG PARTNERS LP, WOO YOUNG CHUNG, KUN YOUNG KIM, KAY KAIM, KYU YOUNG KIM, STEVEN LEE, HUN KYU LEE, EDWIN PAK, HYUK KEUN KWUN, WOON CHUL CHUNG, NAM SUN PAEK, YOO SANG CHO, HWAN HURH, HAK SON AHN, HAROLD K. SHIN, HYO WON BANG, ET AL., Appellees**

**SWIG PARTNERS, LP, Appellee/Cross-Appellant**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03427**

# ORDER

Before the Court is cross-appellee and appellee's December 20, 2016 agreed motion to extend time to file their briefs. Cross-appellee and appellee's motion is **GRANTED**. Cross-appellee and appellee's briefs shall be filed by January 23, 2017.

/s/    ELIZABETH LANG-MIERS
         JUSTICE